The LOCKFORMER COMPANY (now known as Met–Coil Systems, LLC), Plaintiff–Appellee,

and

Truseal Technologies, Inc., Third Party Defendant–Appellee,

v.

PPG INDUSTRIES, INC., Defendant–Third Party Plaintiff–Appellant,

and

PPG Industries Ohio, Inc., Third Party Plaintiff–Appellant.

The Lockformer Company (now known as Met–Coil Systems, LLC), Plaintiff–Appellant,

and

Truseal Technologies, Inc., Third Party Defendant–Appellant,

v.

PPG Industries, Inc., Defendant–Third Party Plaintiff–Appellee,

and

PPG Industries Ohio, Inc., Third Party Plaintiff–Appellee.

Nos. 03–1459, 03–1497, 03–1542 and 03–1543.

United States Court of Appeals, Federal Circuit.

Feb. 15, 2005.

ON MOTION

SCHALL, Circuit Judge.

*ORDER*

The Lockformer Company and Truseal Technologies, Inc. move without opposition to dismiss their cross-appeals, 03–1497 and 03–1543. Lockformer informs the court that its corporate name has changed to Met–Coil Systems, LLC. PPG Industries Ohio, Inc. and PPG Industries, Inc. move for a 14–day extension of time, taking into account the dismissal of the cross-appeals, until February 24, 2005, to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted.

(2) Each side shall bear its own costs in 03–1497 and 03–1543.

(3) The revised official caption in 03–1459, –1542 is reflected above.